424 A.2d 496

**ESTATE of Clara HORWITZ, Deceased.**

**Appeal of Nelson COHEN, Contestant.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1980.

Decided Jan. 27, 1981.

258

Leonard S. Wissow, Philadelphia, for appellant.

Marvin I. Block, Philadelphia, for Rose Mislove.

David L. Marshall, Philadelphia, for David Gold.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Philadelphia County is affirmed. Each party to pay own costs.